UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.:

KNIGHTS ROOFING AND
RESTORATION, INC., a corporation
authorized and doing business in Florida,

   Plaintiff,

vs.

ARCH SPECIALTY INSURANCE
COMPANY, a corporation authorized
and doing business in Florida,

   Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, ARCH SPECIALTY INSURANCE COMPANY ("Arch"), by and through its undersigned counsel, hereby removes the action styled *Knights Roofing and Restoration v. Arch Specialty Insurance Company,* Case No. 2024-CA-006036-O, Ninth Judicial Circuit in and for Orange County, Florida (the "State Action"), to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof states as follows:

1. Plaintiff, Knights Roofing and Restoration ("Plaintiff") filed its Complaint (the "Complaint") in the State Action on July 3, 2024. A copy of the Complaint filed in the State Action to date is attached as Exhibit A. A copy of the current docket for the State Action is attached as Exhibit B. A copy of all documents

1

filed in the State Action after the filing of the complaint through December 5, 2024 are attached hereto as Exhibit C.

2. On November 5, 2024, the Chief Financial Officer of the State of Florida provided Arch a copy of the purported summons, the Complaint and several sets of discovery. *See* Exhibit C, pages 27-54. This was Arch's initial notice of the State Action.

3. On November 25, 2024, Arch filed its Motion to Quash Service of Process and in the Alternative, Motion to Dismiss Case for Failure to Timely Serve Process and Supporting Memorandum of Law. Arch's Motion to Quash is attached as Exhibit D.

4. Plaintiff and Arch are citizens of different States.

5. Plaintiff is a Florida corporation with its principal place of business in Orange County, Florida. Complaint, ¶ 2, attached as Exhibit A.

6. Arch is a Missouri corporation with its principal place of business in Jersey City, New Jersey.

7. The State Action seeks damages in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest, costs, and attorney fees. The Complaint in the State Action seeks the following damages from Arch:

      a. Payment of a claim presented against Plaintiff for property damage resulting from a reroof to a home located at 2183 Turnberry Drive, Oviedo, Florida (the "Project"); and

b. Attorney fees and costs expended defending the claim presented against Plaintiff for property damage at the Project.

*See*, Complaint, ¶¶ 7, 15, 25, 26, 35 and 66, attached as Exhibit A.

8. As presented to Plaintiff by letter dated April 14, 2022, the claimed damage to the Project exceeded $86,541.09. *See* Exhibit E. Plaintiff's claim for defense costs incurred in connection with the claim against it are in addition to the amount sought for property damage at the Project.

9. Pursuant to 28 U.S.C. § 1332(a)(1), the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) Citizens of different States . . ."

10. Arch has attached copies of all process, pleadings and other papers provided to it with respect to the State Action pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b). *See* Exhibits A-D.

11. As Plaintiff and Arch are citizens of different States and the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, diversity jurisdiction exists in this matter.

12. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice is being provided to Plaintiff and a Notice of Filing Notice of Removal Court, together with a copy of this Notice, is being filed contemporaneously with the Clerk of the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida.

3

13.     Arch hereby reserves all defenses, affirmative defenses and motions arising out of or in connection with this action.

Respectfully submitted,

/s/ Rebecca C. Appelbaum
**REBECCA C. APPELBAUM, ESQ.**
LEAD ATTORNEY
Florida Bar No.: 0179043
rca@gartnerbloom.com
**LISA A. OONK, ESQ.**
Florida Bar No.: 0006238
loonk@gartnerbloom.com
GARTNER+BLOOM, P. C.
610 E. Zack St., Suite 110-4099
Tampa, FL 33602
Telephone: (813) 518-6000
Facsimile: (888) 822-3122
gbflc@gartnerbloom.com (Secondary)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 5, 2024, via email on counsel for Plaintiff as follows:

**Franklin Domenech, Esq.**
Victory Law Firm, P.A.
605 E. Robinson St., Ste. 640
Orlando, FL 32801
frank@victoryfirm.com
pleadings@victoryfirm.com

*Counsel for Plaintiff*

/s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ.

4