# Exhibit B



Orange County Clerk - Court Records Search

### 2024-CA-006036-O : KNIGHTS ROOFING AND RESTORATION INC vs. ARCH SPECIALTY INSURANCE COMPANY

| | | | |
|---|---|---|---|
| Case Type: | CA - Insurance Claims | Date Filed: | 7/3/2024 |
| Location: | Div 37 | UCN: | 482024CA006036A001OX |
| Judge: | Luis F Calderon | Status: | Pending |
| Citation Number: | CA - Insurance Claims | Appear By Date: | |

| Parties | | | |
|---|---|---|---|
| **Name** | **Type** | **Attorney** | **Atty Phone** |
| KNIGHTS ROOFING AND RESTORATION INC | Plaintiff | FRANKLIN DOMENECH | 407-615-5555 |
| ARCH SPECIALTY INSURANCE COMPANY | Defendant | REBECCA APPELBAUM | 813-518-6000 |

| Charge Details | | | | | |
|---|---|---|---|---|---|
| **Offense Date** | **Charge** | **Plea** | **Arrest** | **Disposition** | **Sentence** |

| Docket Events | |
|---|---|
| **Date** **Description** | **Pages** |
| 11/26/2024 Notice of Service | 3 |
| 11/25/2024 Motion to Quash | 39 |
| 11/25/2024 Notice Appearance of Counsel | 2 |
| Comments: Defendant, ARCHSPECIALTY INSURANCE COMPANY | |
| 11/5/2024 Notice of Filing | 2 |
| Comments: NOTICE OF SERVICE | |
| 7/9/2024 Service Document Unable to be Issued | |
| Comments: Per Admin Order No. 2021-04, a Standing Case Management Plan/Order for Streamlined or General civil cases must be submitted before summonses can be issued. Please resubmit the proposed summons along with the Case management Order separately. | |
| 7/3/2024 General Standing Case Management Plan/Order | 4 |
| Comments: NOT SIGNED | |
| 7/3/2024 Request to Produce | 3 |
| 7/3/2024 Notice of Propounding Interrogatories | 1 |
| 7/3/2024 Complaint | 12 |
| 7/3/2024 Civil Cover Sheet | 3 |
| 7/3/2024 Case Initiated | |

| Hearings | | | | |
|---|---|---|---|---|
| **Date** | **Hearing** | **Time** | **Location** | **Pages** |

| Financial | | | |
|---|---|---|---|
| **Date** | **Description** | **Payer** | **Amount** |
| 7/3/2024 | Transaction Assessment | | 410.00 |
| 7/3/2024 | Payment | Victory Law Firm, P.A. | -410.00 |
| | | Balance Due: | 0.00 |

| Bonds | | | |
|---|---|---|---|
| **Description** | **Status Date** | **Bond Status** | **Amount** |

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| **Number** | **Status Description** | **Issue Date** | **Service Date** | **Recall Date** | **Expiration Date** | **Warrant Type** |

## EXHIBIT B TO NOTICE OF REMOVAL