# Exhibit E

 **ARGO GROUP**

RECEIVED APR 19 2022
By_____

April 14, 2022

## VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED

Knights Roofing and Restoration, Inc.
4775 New Broad Street, Ste 201
Orlando, Fl 32814

**RE:  *Lensky v Carroll Bradford, LLC***

| | |
|---|---|
| Company: | Peleus Insurance Company |
| Insured: | Carroll Bradford, LLC |
| Policy: | 103GL0029404-01 eff. 6/1/2020 to 6/1/2021 |
| Claim No.: | L-099-1034118 |
| Claimant: | Jack Lensky |
| Tender to: | Knights Roofing and Restoration, Inc. |
| Policy No.: | AGL0010613 |

Dear Sirs,

Peleus Insurance Company issued commercial general liability policy of insurance to Carroll Bradford, LLC. This letter is to place you on notice and tender their defense to Knights Roofing and Restoration, Inc. Please provide this letter and contract to your agent to report to your General Liability.

As we understand the loss, Knights Roofing and Restoration contracted with Carroll Bradford, LLC to install a new roof on his home located at 2183 Turnberry Drive in Oviedo, Florida in May 2018. The work was subcontracted to Knights Roofing and restoration, Inc. The work was a tear off of the existing roof and install of new roof and installation of flashing.

On January 5, 2021, the homeowner reported a leak from the roof that was causing damage to the inside of the home as well as to the roof itself. The roof was repaired. The claimant seeks $86,541.09 in repair costs to the interior of the home. An inspection of the premises is now set for **May 18, 2022 at 12:30.**

According to the contract between Carroll Bradford and Knights Roofing and Restoration, Inc, your insurance company was to name my Carroll Bradford as an Additional Insured. Also Knights Roofing and Restorations, Inc was to defend and indemnify Carroll Bradford for this loss.

At this time Peleus Insurance Company demand that you report this loss to your general liability insurance carrier. Further we ask that you contact the attorneys for the claimant and make arrangements to appear at the inspection on May 18. Finally, we ask that your carrier provide our

175 E. Houston St., Suite 1300      T 833 240 4128
San Antonio, TX  78205            F 303 773 7373
www.argolimited.com

Mailing Address:
PO Box 469012
San Antonio, TX  78246

**EXHIBIT E TO NOTICE OF REMOVAL**

Claim No.:  L-099-1039226
April 14, 2022
Page 2

insured with a defense if necessary and indemnify them as an additional insured and or via the contract between the parties.

Failure to report this loss to your agent of General Liability carrier may adversely affect their interest to mount a proper defense against the claims asserted. Please report this to your carrier and have them contact me to discuss the matter further.

Should you have any questions or comments regarding the above, please do not hesitate to call or write us.

Sincerely,

Matthew Clerkin CPCU, AIC
Colony Insurance

P: (210) 321-2144
C: (346) 445-1041
Email:  Matthew.Clerkin@argogroupus.com

cc      Key Agency Inc.
        1201 South McCall Road, St 201
        Englewood, Fl 32814

        The Daniels Law Group, PLLC
        560 Village Blvd, Ste 110
        West Palm Beach, Fl 33409

**EXHIBIT E TO NOTICE OF REMOVAL**